OTTO LOWY, respondent,

*v.*

WILLIAM V. McMENIMEN, defendant, and LOWY LABORATORY, incorporated, a corporation, appellant.

[Decided May 10th, 1923.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Backes, whose opinion is reported in *94 N. J. Eq. 75.*

For the appellant, *Gaede & Gaede.*

For the respondent, *Frank E. Bradner.*

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Backes.

*For affirmance*—THE CHIEF-JUSTICE, SWAYZE, TRENCHARD, BLACK, KATZENBACH, WHITE, HEPPENHEIMER, GARDNER, VAN BUSKIRK—9.

*For reversal*—PARKER, BERGEN, KALISCH—3.